NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED,**
*Plaintiffs*

**EPA DRUG INITIATIVE II,**
*Movant-Appellant*

**v.**

**HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS INTERNATIONAL LIMITED, WEST-WARD PHARMACEUTICALS INTERNATIONAL LIMITED, DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD.,**
*Defendants-Appellees*

_____

2021-2024

_____

Appeal from the United States District Court for the District of Nevada in Nos. 2:16-cv-02525-MMD-NJK, 2:16-cv-02562-MMD-NJK, Judge Miranda M. Du.

_____

**JUDGMENT**

_____

MICHAEL S. KASANOFF, I, Michael S. Kasanoff, LLC, Matawan, NJ, argued for movant-appellant.

CHARLES B. KLEIN, Winston & Strawn LLP, Washington, DC, for defendants-appellees Hikma Pharmaceuticals USA Inc., Hikma Pharmaceuticals International Limited, West-Ward Pharmaceuticals International Limited.  Also represented by CLAIRE A. FUNDAKOWSKI; ALISON MICHELLE KING, Chicago, IL; EIMERIC REIG-PLESSIS, San Francisco, CA.

JAMES BARABAS, Windels Marx Lane & Mittendorf, LLP, Madison, NJ, argued for all defendants-appellees. Defendants-appellees Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd. also represented by BETH C. FINKELSTEIN, CONSTANCE HUTTNER, CAROLINE SUN.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>February 15, 2022</u>          /s/ Peter R. Marksteiner
          Date                  Peter R. Marksteiner
                                Clerk of Court